UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Nicholas Woodward

　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:10–cv–05607
　　　　　　　　　　　　　　　　　　　　　　Honorable Rebecca R. Pallmeyer

Mercantile Adjustment Bureau, LLC

　　　　　　　　　　　　　　　　Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 15, 2010:

　　　MINUTE entry before Honorable Rebecca R. Pallmeyer: Discovery hearing held on 11/15/2010. Rule 26(a)(1) disclosures to be made by 12/3/2010. Discovery ordered closed by 5/2/2011. Dispositive motions with supporting memoranda due by 6/3/2011. Plaintiff to prepare proposed PTO draft by 9/9/2011; Joint Final Pretrial Order due by 9/23/2011. Status hearing set for 1/26/2011 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.