IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS WOODWARD, | ) | |
| | ) | |
| Plaintiff, | ) | 1:10-cv-5607 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | Magistrate Judge Brown |
| MERCANTILE ADJUSTMENT BUREAU, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed with prejudice.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** January 7, 2011

| For Plaintiff, Nicholas Woodward | For Defendant, Mercantile Adjustment Bureau, LLC. |
|---|---|
| /s David M. Marco | /s with consent John P. Ryan |
| Larry P. Smith & Associates, Ltd. | Hinshaw & Culbertson, LLP |
| 205 N. Michigan Ave., 40th floor | 222 North LaSalle Street, Suite 300 |
| Chicago, Illinois 60601 | Chicago Illinois 60601 |
| **Telephone:** (312) 222-9028 (x812) | Telephone: (312) 704-3000 |
| **Facsimile:** (888) 418-1277 | Facsimile: (312) 704-3001 |
| **E-mail:** dmarco@smithlaw.us | E-Mail: jryan@hinshawlaw.com |