Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5607 | **DATE** | 1/10/2011 |
| **CASE TITLE** | Nicholas Woodward vs. Mercantile Adjustment Bureau, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above cause is dismissed with prejudice and without costs to any party. Status hearing set for 1/26/2011 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|